# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JENNY MUNOZ-GUZMAN,**

    **Plaintiff,**

**v.**                                                            **Case No:   6:14-cv-476-Orl-31GJK**

**WALGREEN, CO.,**

    **Defendant.**

## ORDER

This cause comes before the Court on the Motion to Strike or, in the alternative, Motion for More Definite Statement (Doc. No. 6) filed by Plaintiff on March 24, 2014.

On June 18, 2014, the United States Magistrate Judge issued a report (Doc. No. 18) recommending that the motion be granted in part and denied in part. No objections have been filed. Therefore, it is

    **ORDERED** as follows:

    1.    The Report and Recommendation is **CONFIRMED** and **ADOPTED**.

    2.    Defendant is directed to file an amended Affirmative Defense by July 21, 2014, that complies with Section 768.81(3)(a), Florida Statutes.

    3.    In all other respects, the motion is **DENIED**.

    **DONE** and **ORDERED** in Chambers, Orlando, Florida on July 7, 2014.

                                                                            GREGORY A. PRESNELL
                                                                 UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party